**No. 56097.**—F. H. Kaysing *v.* United States, protests 153253–K and 162496–K (St. Louis).

Opinion by Cole, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 3, 1951

**No. 56098.**—Mondego Import & Export Co., Inc. *v.* United States, protests 134109–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 56099.**—Artgift Corp. et al. *v.* United States, protests 161798–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 56100.**—Boyce Lazarus Co. *v.* United States, protests 608793–G and 867324–G (New York).

Opinion by Rao, J.   The protests were dismissed.

**No. 56101.**—The Amscan Company et al. *v.* United States, protests 172271–K, etc. (New York).

Opinion by Rao, J.   The protests were dismissed.